IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                                         No. 4:07CR0086-05 JMM

KEITH BEATTY

### ORDER

Pending is the motion of the government to dismiss without prejudice. (Docket # 613). For good cause shown, the motion is GRANTED. The Indictment is hereby dismissed without prejudice as to defendant Keith Beatty and the detainer issued is hereby released. The jury trial scheduled to begin December 15, 2008 is cancelled as to this defendant. The Clerk is directed to provide a copy of this Order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 1st day of December, 2008.

_____
JUDGE JAMES M. MOODY
UNITED STATES DISTRICT JUDGE